Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: David J. Robles (212-637-2550) / Kaylan E. Lasky (212-637-2315)

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>MUHAMMAD SHAHZEB KHAN,<br>a/k/a "Shahzeb Jadoon"<br><br>_Defendant_ | )<br>)<br>) Case No.<br>)<br>) **25cr63**<br>)<br>) |

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   MUHAMMAD SHAHZEB KHAN, a/k/a "Shahzeb Jadoon"                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

(1) Title 18, United States Code, Sections 2339B and 2 (Attempted Provision of Material Support and Resources to a Designated Foreign Terrorist Organization)

(2) Title 18, United States Code, Sections 2339b and 2 (Attempted Acts of Terrorism Transcending National Boundaries)

Date:   02/26/2025                      _Tammi M. Hellwig_
                                         _Issuing officer's signature_

City and state:   New York, New York                 TAMMI M. HELLWIG
                                                     _Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____                   _____
                                          _Arresting officer's signature_

                                          _____
                                          _Printed name and title_