UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MUHAMMAD SHAZEB KHAN,<br><br>                        Defendant. | **ORDER**<br><br>25 Cr. 65 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       The conference currently scheduled for September 18, 2025 at 10:00 a.m. is adjourned to **October 14, 2025, at 2:00 p.m.**

       Upon the application of the Defendant, Muhammad Shazeb Khan, by and through his counsel Andrew John Dalack and Marne Lenox, and with the consent of the Government, by and through Assistant United States Attorneys Kaylan Lasky and David Robles, the time between September 18, 2025, through October 14, 2025, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the defense time to continue reviewing discovery and prepare a position regarding a Rule 12 motions schedule.

Dated:  September 16, 2025
          New York, New York

                                                SO ORDERED.

                                                _____
                                                Paul G. Gardephe
                                                United States District Judge